# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: TROPICANA ORANGE JUICE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates To: ALL CASES | MDL 2353<br><br>Master Docket No: 2:11-cv-7382 (DMC)(JAD)<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, as soon as counsel may be heard, the undersigned, attorneys for Defendant Tropicana Products, Inc., shall move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Consolidated Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendant will rely upon the Memorandum of Law, the Declaration of Jacqlyn Coleman, and the Declaration of Caeli A. Higney in support thereof, as well as any submissions offered on reply.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted.

Attorneys for Defendant Tropicana Products, Inc.

OF COUNSEL:
Daniel W. Nelson
Geoffrey M. Sigler
Caeli A. Higney
GIBSON, DUNN & CRUTCHER
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
(202) 955-8500

By:  *s/Liza M. Walsh*
　　Liza M. Walsh
　　Patricia A. Lee
　　CONNELL FOLEY LLP
　　85 Livingston Avenue
　　Roseland, New Jersey 07068
　　(973) 535-0500

Dated: September 25, 2012

2759937-02