Liza M. Walsh
Christine I. Gannon
Joseph L. Linares
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, NJ 07102
(973) 757-1100

*Of Counsel:*
Daniel W. Nelson
Geoffrey M. Sigler
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

*Attorneys for Defendant Tropicana Products, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: TROPICANA ORANGE JUICE MARKETING AND SALES PRACTICES LITIGATION | MDL 2353<br><br>Master Docket No: 2:11-cv-7382 (WJM)(JBC) |
| This Document Relates To: ALL CASES | **NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF DR. ARVIND NARAYANAN**<br><br>Return Date: September 6, 2016<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard Defendant Tropicana Products, Inc. ("Tropicana"), by and through its undersigned counsel, shall move before the Honorable William J. Martini, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Building and U.S. Courthouse, 50 Walnut Street, Newark, New

Jersey 07102, for the entry of an Order excluding the testimony of Dr. Arvind Narayanan pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Tropicana will rely upon the Memorandum of Law in Support thereof, the Declaration of Liza M. Walsh with exhibits annexed thereto, the Declaration of Derek K. Kraft, and any additional submissions made hereafter. A proposed form of Order is also being submitted.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: July 27, 2016         By: *s/Liza M. Walsh*
                                  Liza M. Walsh
                                  Christine I. Gannon
                                  Joseph L. Linares
                                  One Riverfront Plaza
                                  1037 Raymond Blvd., Suite 600
                                  Newark, New Jersey 07102
                                  *Attorneys for Defendant Tropicana Products, Inc.*

*Of Counsel*:

Daniel W. Nelson
Geoffrey M. Sigler
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500