UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: TROPICANA ORANGE JUICE MARKETING AND SALES PRACTICES LITIGATION**<br><br>**MDL 2353**<br><br>**This Document Relates To:**<br>**ALL CASES** | Civ. No. 2:11-07382<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

**THIS MATTER** comes before the Court upon Defendant's letter brief, ECF No. [323] seeking leave to file motions for summary judgment in lieu of responding to Plaintiff's renewed motion for class certification, ECF No. [320]. For the reasons set forth in the accompanying opinion,

**IT IS** on this 28th day of December, 2018,

**ORDERED** that Defendant's request is **DENIED**; and it is further

**ORDERED** that on or before **January 25, 2019**, Defendant shall file its opposition to the Renewed Motion. Plaintiff shall file her reply on or before **February 8, 2019**.

*/s/ William J. Martini*
**WILLIAM J. MARTINI, U.S.D.J.**